JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAGNET STEEL AND IRON, INC., a California Corporation; et al.,<br><br>Defendant. | Case No. 2:24-cv-01684-RGK-AGR<br><br>Hon. R. Gary Klausner<br><br>**JUDGMENT AS TO OLD TOPANGA PROPERTIES LLC**<br><br>Date:  August 5, 2024<br>Time:  9:00 a.m.<br>Courtroom:  850<br><br>Complaint filed:  March 1, 2024 |

1

JUDGMENT

380 104702 4891-4937-3638 .v1

# JUDGMENT

On Plaintiff, Scottsdale Insurance Company's ("Scottsdale") Complaint against Old Topanga Properties LLC ("Old Topanga"), the Court enters judgment as follows:

1. On the Cause of Action for Declaratory Relief, judgement is entered in favor of Scottsdale and against Old Topanga. This Court finds as follows:

    a. the Scottsdale Policy No. CPS7344967 provides no coverage whatsoever to any past, present, or future person, entity, claim, and/or lawsuit; and

    b. the Scottsdale Policy No. CPS7344967 does not provide coverage for Old Topanga's claims of construction defect arising out of a residential construction project located at 3121 Old Topanga Canyon Road, Calabasas, California and/or Old Topanga's $1.0 million demand.

IT IS SO ORDERED.

DATED: August 9, 2024

_____
JUDGE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

380 104702 4891-4937-3638 .v1